**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Elizabeth Thomas, James Allen, Roberto Perez, and Maria De Jesus Perez

Appellate case number:   01-18-00580-CV

Trial court case number: 2017-76078

Trial court:                      127th District Court of Harris County

Relators' second motion for an emergency stay of trial court proceedings pending determination of their mandamus petition is DENIED.

Judge's signature: /s/ Jane Bland
                    Acting individually

Date: July 9, 2018